# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-00085-JCM-GWF |
| vs. | ) | |
| STEFAN NAGHIU, et al. | ) | |
| Defendant. | ) | **ORDER** |

On June 9, 2009, defense counsel in this matter filed a motion for the return of defendant's passport. (Doc. #492). This court did not previously rule on the motion.

Given the two and one-half years that have passed since this motion was initially filed, and counsel's failure to request the status of the pending motion pursuant to Local Rule 7-6, this court must presume that the motion has become moot over time.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's motion for return of his passport (doc. #492) be, and the same hereby is, DENIED without prejudice.

Dated this 28th day of November, 2011.

                                                                                                      _____
                                                                                                       UNITED STATES DISTRICT JUDGE